UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ERNEST R. RASMUSSEN**,                    Case No. 1:13-cv-01958-KI

       Plaintiff,                    JUDGMENT

  v.

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.

    Phillip W. Studenberg
    Attorney at Law, P.C.
    230 Main Street
    Klamath Falls, OR 97601

       Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Leisa A. Wolf
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further development of the record. Judgment will be entered.

    IT IS SO ORDERED.

    DATED this   30th   day of September, 2014.

                /s/ Garr M. King
                Garr M. King
                United States District Judge